UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-1716-JST (MLGx)                                      Date:  January 20, 2011
Title:  CHARLES CAMARILLO v. WALT DISNEY PARKS AND RESORTS US INC., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

On November 19, 2010, the Court set a scheduling conference for January 31, 2011, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**" (Doc. 10 ¶ 1.) Parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form" along with their joint 26(f) Report. (*Id*. ¶ 1(k).) Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for counsel's failure to submit a Joint Rule 26(f) Report and completed ADR-01 form. **No later than January 24, 2011, 12:00 p.m.,** counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 form, and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

Initials of Preparer:  enm